BRYAN T. DAKE
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:  (406) 657-6101
FAX:  (406) 657-6989
Email:  Bryan.Dake@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

JAN 22 2026

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. THEODORE EDWARD BEAR, Defendant. | CR 26-07-GF-BMM<br><br>INDICTMENT<br><br>ASSAULT WITH A DANGEROUS WEAPON<br>Title 18 U.S.C. §§ 1153(a) and 113(a)(3)<br>(Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release) |
|---|---|

THE GRAND JURY CHARGES:

On or about May 19, 2021, near Harlem, in Blaine County, in the State and District of Montana, and within the exterior boundaries of the Fort Belknap Indian Reservation, being Indian Country, the defendant, THEODORE EDWARD BEAR, an Indian person, intentionally assaulted John Doe with a dangerous

1

weapon, a knife, with the specific intent to commit bodily harm, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(3).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

KURT G. ALME
United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney